# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00166-JLK

GRAVINA SIDING & WINDOWS, CO., a Colorado Corporation,

    Plaintiff,

v.

GRAVINA'S WINDOW SERVICE d/b/a/ GRAVINA'S WINDOWS OF DENVER, a Colorado Corporation, and JEFFREY GRAVINA, an individual,

    Defendants.

## ORDER DENYING DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT (ECF NO. 10)

Before me is Defendants' Motion for a More Definite Statement under Rule 12(e) of the Federal Rules of Civil Procedure (ECF No. 10). Rule 12(e) allows a party to move for a more definite statement of a pleading if the pleading "is so vague or ambiguous that the party cannot reasonably prepare a response." Fed. R. Civ. P. 12(e). However, "[i]n general, a Motion for More Definite Statement is not favored, and is rarely granted in view of the availability of the variety of pretrial discovery procedures." *Feldman v. Pioneer Petroleum, Inc.*, 76 F.R.D. 83, 84 (W.D. Okla. 1977) (citations omitted).

I must first admonish Defendants for failing to confer as required by D.C.COLO.LCivR 7.1(a) and Section III(A) of my Pretrial and Trial Procedures Memorandum – Civil. Turning to the substance of the Motion, I find no basis for a Rule 12(e) motion. Failing to explain how the Complaint's purported vagueness or ambiguousness prevents them from preparing a response, Defendants simply assert that "there is nothing particularly actionable." (Mot. at 1, ECF No. 10).

If Defendants are under the impression that the Complaint must include a complete accounting of every single detail conceivably related to the alleged violations, they are mistaken. Plaintiff's Complaint states a cause of action and adequately describes the factual basis for its claims. It can be answered. Defendants can utilize pretrial discovery procedures such as interrogatories and depositions to inform themselves further, as in all cases.

For the reasons stated above, Defendants' Motion (ECF No. 10) is DENIED. Defendants are ORDERED to file an Answer on or before May 1, 2019.

DATED this 17th day of April, 2019.

*John L. Kane*
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE