**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-CV-00166-JLK

GRAVINA SIDING & WINDOWS, CO., a Colorado Corporation,

        Plaintiff,

  v.

GRAVINA'S WINDOW SERVICE d/b/a GRAVINA'S WINDOWS OF DENVER, a Colorado Corporation and JEFFREY GRAVINA, an individual.
        Defendant.

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff Gravina Siding & Windows, Co. and Defendants Gravina's Window Service d/b/a Gravina's Windows of Denver and Jeffrey Gravina (together the "Parties") jointly move this Court for entry of the Stipulated Protective Order (Attached to this motion as **Exhibit A**) ("Stipulated Order").

The Parties have reviewed the form of protective order posted on this Court's website ("Template") and have used it as a template for their proposed Stipulated Order. The only substantive modifications made to the Template relate to the Parties' intention to convert it into a two-tiered protective in order to accommodate both "Confidential" and "Highly Confidential – Attorneys' Eyes Only" designations. A redline version of the Template is attached as **Exhibit B**.

The Parties have been competitors in the market for many years. They are each in possession of potentially relevant documents that may be subject to confidentiality protection that exceeds the level of protection afforded by the "Confidentiality" designation in the Template. Such information includes highly confidential commercially sensitive financial and

business information. The Parties do not dispute, and thus acknowledge, that such information exists and needs additional protection. The parties believe, reasonably and in good faith, the disclosure of such highly confidential information to non-qualified persons would likely cause harm, thereby necessitating a "Highly Confidential – Attorneys' Eyes Only" designation.

The proposed Stipulated Protective Order will help expedite discovery in this case by providing an efficient process for the exchange of confidential and highly confidential information. Therefore, the Parties hereby jointly request that the Court grant the relief requested herein.

WHEREFORE, Plaintiff Gravina Siding & Windows, Co. and Defendants Gravina's Window Service d/b/a Gravina's Windows of Denver and Jeffrey Gravina request that this court grant this motion and enter the proposed Stipulated Protective Order attached as **Exhibit A** hereto.

DATED this 9th day of January 2020.

Respectfully submitted,

| *s/ Michael P. Dulin* | *s/ Thomas P. Walsh* |
|---|---|
| Michael P. Dulin | Thomas P. Walsh, III |
| Helena O. Berezowskyj | WALSH LAW FIRM LTD. |
| POLSINELLI PC | 7350 E. Progress Place, Ste. 100 |
| 1401 Lawrence Street, Suite 2300 | Greenwood Village, CO  80111 |
| Denver, CO  80202 | Telephone:    (720) 204-5672 |
| Telephone: (303) 583-8239 | Facsimile:    (720) 240-0757 |
| Facsimile:  (303) 572-7883 | Email: tom@walshiplaw.com |
| Email:  mdulin@polsinelli.com | admin@walshiplaw.com |
| hberezowskyj@polsinelli.com | |
| *Attorneys for Plaintiff, Gravina Siding & Windows, Co.* | |

Steven H. Weigler
EMERGECOUNSEL, LLC
1800 Wazee Street, 3rd Floor
Denver, CO 80202
Email: sweigler@emergecounsel.com

*Attorney for Gravina's Window Service d/b/a Gravina's Windows of Denver and Jeffrey Gravina*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Michael P. Dulin*